AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JOHN DAVID PAMPLIN,

       Petitioner,

V.

J. BENEDETTI, et al,

       Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:08-cv-00007-RCJ-VPC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss [27] is GRANTED and that this action is DISMISSED without prejudice. FURTHER ORDERED that a certificate of appealabililty is DENIED. Judgment is entered in favor of respondents and against petitioner.

January 14, 2011

          **LANCE S. WILSON**
                Clerk

        /s/  M. Campbell
        Deputy Clerk